# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIROK, INC., and MICHAEL J. SPITSBERGEN<br><br>        Plaintiffs,<br><br>   vs.<br><br>PIONEER LIFTS LLC and FASTENAL COMPANY<br><br>        Defendants. | CASE NO. 07CV913 JLS (NLS)<br><br>ORDER ACKNOWLEDGING VOLUNTARY DISMISSAL<br><br>(Doc. No. 8) |

Presently before the Court is plaintiffs' Notice of Dismissal of defendant Fastenal Company. (Doc. No. 8.) Where, as here, the notice of dismissal is filed "before service by the adverse party of an answer or of a motion for summary judgment," dismissal does not require an Order of the Court. Fed. R. Civ. P. 41(a)(1)(i). Therefore, Fastenal Company **HAS BEEN DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

DATED: October 16, 2007

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge